United States District Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>TRANS UNION, LLC, §<br>*Defendant.* § | CIVIL ACTION NO. 4:21-cv-2199 |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 29, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 14) is hereby **ADOPTED** by this Court. Plaintiff's claims pursuant to the Fair Debt Collection Practices Act and § 1681s-2 of the Fair Credit Reporting Act are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this ___16th___ day of November, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE