Case 4:21-cv-02199   Document 20   Filed on 12/17/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:21-CV-2199 |
| TRANS UNION, LLC,<br>*Defendant*. | §<br>§<br>§ | |

## MEMORANDUM AND RECOMMENDATION

On December 13, 2021, the Court ordered Plaintiff to show cause why this case should not be dismissed with prejudice due to his failure to timely file an Amended Complaint as previously ordered by the Court. ECF 18. On that same day, Plaintiff filed an Amended Complaint restating his claim against Trans Union for violation of Section 1681 of the Fair Credit Reporting Act. Therefore, the Court recommends that Defendant's Motion to Dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(b) (ECF 17) be DENIED. This is without prejudice to Defendant Trans Union's right to file a further dispositive motion on the merits of Plaintiff's claim.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on December 17, 2021, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge