United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL WILLIAMS, §
*Plaintiff,* §
§
V. § CIVIL ACTION NO. 4:21-cv-2199
§
TRANSUNION, LLC, §
*Defendant.* §

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 17, 2021 (ECF 20) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation recommending denial of Trans Union's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 4(b) is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this **4th** day of January, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE